Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Grooms, Stephanie | Case Number: 08 B 12148 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 03/17/09 | Filed: 5/13/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 29, 2009
Confirmed: July 31, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 622.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 581.57 |
| Trustee Fee: |  | 40.43 |
| Other Funds: |  | 0.00 |
| Totals: | 622.00 | 622.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,491.50 | 581.57 |
| 2. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 3. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 566.80 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 628.86 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 157.52 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 327.29 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 3,476.55 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 308.80 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 193.99 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 192.71 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 1,188.80 | 0.00 |
| 13. | Allied Interstate | Unsecured | | No Claim Filed |
| 14. | Applied Card Bank | Unsecured | | No Claim Filed |
| 15. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 16. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 17. | I C Systems Inc | Unsecured | | No Claim Filed |
| 18. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| | | | $ 10,532.82 | $ 581.57 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 40.43 |
| | $ 40.43 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Grooms, Stephanie | Case Number:  08 B 12148 |
| | Judge:  Wedoff, Eugene R |
| Printed: 03/17/09 | Filed:  5/13/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                              Marilyn O. Marshall, Trustee, by:

*/s/ Mach.*